**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2074

LAWRENCE SANBORN MORELOCK,

Plaintiff - Appellant,

v.

JEFFREY KATZ, Veterans Affairs Medical Center; CHARMAINE YAP, Clinical Psychologist; DUTY SOCIAL WORKER, Veteran Affairs Medical Center; LINDA REYNOLDS, Veterans Affairs Medical Center; VETERANS AFFAIRS MEDICAL CENTER, Social Worker on Duty on 01/5/2019, Emergency Room,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:22-cv-00343-RDA-IDD)

Submitted:  December 20, 2022                    Decided:  December 22, 2022

Before NIEMEYER and QUATTLEBAUM Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lawrence Sanborn Morelock, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Sanborn Morelock appeals the district court's order dismissing his civil action without prejudice for insufficient service of process. We have reviewed the record and find no reversible error. *See Attkisson v. Holder*, 925 F.3d 606, 627 (4th Cir. 2019) (providing abuse-of-discretion standard of review). Accordingly, we affirm substantially for the reasons stated by the district court. *Morelock v. Katz*, No. 1:22-cv-00343-RDA-IDD (E.D. Va. Sept. 19, 2022); *see also* Fed. R. Civ. P. 4(c)(2) (requiring service by nonparty); *Constien v. United States*, 628 F.3d 1207, 1213 (10th Cir. 2010) ("Even when service is effected by use of the mail, only a nonparty can place the summons and complaint in the mail."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*